IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ, | 1:05-CV-00961-LJO-GSA-PC |
|     Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF MARCH 27, 2008 |
|     vs. | (Doc. 15) |
| J. EBENAL, et al., | |
|     Defendants. / | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On March 27, 2008, the court issued findings and a recommendation to dismiss this action for plaintiff's failure to prosecute, due to court mail that was returned as undeliverable. (Doc. 15.) Plaintiff was advised in the findings and recommendation that if he fails to keep the court apprised of his current address, the court may dismiss the action for failure to prosecute. Local Rule 83-183(b). Plaintiff was given fifteen days in which to file objections to the findings and recommendation. On April 14, 2008, plaintiff filed timely objections, explaining that he had been transferred to the Los Angeles County Jail for twenty-one days for his criminal appeal, but now was returned to Corcoran State Prison where the court shows his address-of-record. Due to plaintiff's explanation, and good cause appearing, the findings and recommendation shall be vacated.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendation of March 27, 2008, are VACATED.

IT IS SO ORDERED.

| | | |
|---|---|---|
| Dated: | May 14, 2008 | /s/ Gary S. Austin |
| | | UNITED STATES MAGISTRATE JUDGE |