# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. EBENAL, et al.,<br><br>    Defendants. | 1:05-cv-00961-LJO-GSA-PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 11.) |

Plaintiff Jose Antonio Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 27, 2005. (Doc. 1.) On December 4, 2006, plaintiff filed an amended complaint. (Doc. 11.) On October 1, 2008, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendants Correctional Officer J. Ebenal and Sergeant L. Ackerman for allegedly violating plaintiff's First Amendment right regarding outgoing mail. (Doc. 18.) Plaintiff was given leave to either file a second amended complaint or notify the court that he is agreeable to proceeding only with the claims found cognizable by the Court. On October 27, 2008, plaintiff filed written notice to the court that he does not wish to file a second amended complaint and wishes to proceed against Defendants on the claim found cognizable by the Court. (Doc. 19.) [1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claim for Denial of Access to Courts be dismissed for failure to state a claim upon which relief may be granted under section 1983.

1

v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    **C/O J. EBENAL**

    **SERGEANT L. ACKERMAN**

2. The Clerk of the Court shall send plaintiff three (2) USM-285 forms, TWO (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed December 4, 2006 (Doc. 11.).

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed amended complaint filed December 4, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 18, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE