IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>           Plaintiff,<br><br>    vs.<br><br>J. EBENAL, et al.,<br><br>           Defendants.<br>_____/ | 1:05-cv-00961-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS EBENAL AND ACKERMAN ON PLAINTIFF'S FIRST AMENDMENT CLAIM, AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS<br>(Doc. 11.)<br><br>OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Jose Antonio Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 27, 2005. (Doc. 1.) The case now proceeds on the amended complaint filed December 4, 2006. (Doc. 11.) The amended complaint names Correctional Officer (C/O) J. Ebenal and Sergeant (Sgt.) L. Ackerman and alleges claims for violation of plaintiff's First Amendment rights and for denial of access to the courts.[1] On October 1, 2008, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it stated a cognizable claim for relief under section 1983 against defendants

---

[1] The original complaint named four defendants, C/O J. Ebenal, Sgt.L. Ackerman, W. J. Sullivan, and Jeanne Woodford. (Doc. 1.) The amended complaint names only two defendants, C/O J. Ebenal and Sgt.L. Ackerman, omitting defendants W. J. Sullivan and Jeanne Woodford. (Doc. 11.)

Ebenal and Ackerman for alleged violations of plaintiff's First Amendment rights regarding outgoing mail. (Doc. 18.) Plaintiff was given leave to either file a second amended complaint, or in the alternative, to notify the court that he does not wish to file a second amended complaint and instead wishes to proceed on the claims found cognizable by the Court. Id. On October 27, 2008, plaintiff filed written notice to the court that he does not wish to file an amended complaint and wishes to proceed on the claims found cognizable by the Court. (Doc. 19.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Correctional Officer J. Ebenal and Sergeant L. Ackerman for violation of plaintiff's First Amendment rights regarding outgoing mail;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claim for denial of access to the courts be dismissed from this action based on plaintiff's failure to state a claim upon which relief may be granted under § 1983;
4. Defendants W. J. Sullivan and Jeanne Woodford be dismissed for plaintiff's failure to state any claim against them in the amended complaint; and
4. The Clerk of Court be directed to reflect dismissal of defendants W. J. Sullivan and Jeanne Woodford from this action on the court's docket.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **November 18, 2008**        /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE