# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ, | 1:05-cv-00961-LJO-GSA-PC |
|           Plaintiff, | NOTICE OF MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE CRAIG M. KELLISON |
| v. | |
| J. EBENAL, et al., | ORDER STAYING CASE FOR SIXTY DAYS PENDING COMPLETION OF MEDIATION |
|           Defendants. | <u>Mediation Conference</u><br>    04/28/09 at 9:00 a.m.<br>    Before Magistrate Judge Craig M. Kellison<br>    At California Substance Abuse Treatment Facility<br>    900 Quebec Road<br>    Corcoran, California |

      Jose Antonio Martinez ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on July 27, 2005. (Doc. 1.)

      On April 14, 2009, plaintiff filed a notice informing the court that he met with the Prison Mediation Coordinator for the Eastern District of California and desires to participate in mediation of this action with Magistrate Judge Craig M. Kellison. (Doc. 30.) Plaintiff also notified the court of his consent for stay of this action for sixty days pending completion of the mediation.

      A Mediation Conference has been scheduled for April 28, 2009, at 9:00 a.m., at the California Substance Abuse Treatment Facility, 800 Quebec Road, Corcoran, California. Defendants, by and through their counsel, are requested to appear and participate in the mediation

1

1 | conference. In addition, defendants' counsel shall attempt to obtain full settlement authority prior
2 | to the date and time of the mediation conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A Mediation Conference is scheduled in this action for April 28, 2009, at 9:00 a.m., at the California Substance Abuse Treatment Facility, 800 Quebec Road, Corcoran, California, before Magistrate Judge Craig M. Kellison;

2. Defendants, by and through their counsel, are requested to appear and participate in the Mediation Conference;

3. Defendants' counsel shall attempt to obtain full settlement authority prior to the date and time for the Mediation Conference;

4. Counsel for defendants is required to arrange for the participation of plaintiff in the Mediation Conference;

5. This case is stayed in its entirety for sixty days from the date of service of this order, pending completion of the mediation process. If settlement is not accomplished, the parties will be invited via order to file status reports, and the Court will thereafter issue a new scheduling order;

6. The Clerk is directed to terminate all pending motions from the docket and to vacate the court's Discovery/Scheduling Order of March 13, 2009; and

7. The Clerk shall serve a copy of this order on Magistrate Judge Craig M. Kellison.

IT IS SO ORDERED.

Dated: **April 21, 2009**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE