# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ, | 1:05-cv-00961-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | ORDER DIRECTING CLERK TO CLOSE FILE |
| J. EBENAL, et al., | |
| Defendants. | |

Plaintiff Jose Antonio Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on July 27, 2005, against defendants J. Ebenal, L. Ackerman, W. J. Sullivan, and Jeanne Woodford. (Doc. 1.) On December 4, 2006, plaintiff filed a first amended complaint. (Doc. 11.) This action now proceeds on the first amended complaint against defendants Ebenal and Ackerman.[1] Defendants Ebenal and Ackerman ("defendants") are the only defendants who have appeared in this action.

On May 1, 2009, defendants filed a Stipulation for Voluntary Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). (Doc. 32.) Under Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties

---

[1] On January 12, 2009, the Court ordered this action to proceed only against defendants Ebenal and Ackerman on plaintiff's First Amendment claim, and dismissed all remaining claims and defendants. (Doc. 25.)

1

| | |
|---|---|
| 1 | who have appeared." The Stipulation of May 1, 2009 stated, "IT IS STIPULATED that, under |
| 2 | Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with |
| 3 | prejudice as to all Defendants," and it was electronically signed by plaintiff and counsel for |
| 4 | defendants. Therefore, this action shall be dismissed with prejudice, and the court's file shall be |
| 5 | closed. |

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the Stipulation between plaintiff and defendants, filed May 1, 2009, this action is DISMISSED in its entirety with prejudice; and

3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:   May 4, 2009**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE